UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § § | Case No.: 7:20-mj-00821 |
| versus | | |
| **JOSE LUIS GARCIA** | | |

## ORDER FOR DEFENDANT'S MOTION FOR REVOCATION OF PRE-TRIAL DETENTION ORDER AND REQUEST FOR EXPEDITED HEARING

On this day came to be heard the Defendant's Motion for Revocation of Re-Trial Detention Order and Request for Expedited Hearing in the above referenced case. After due consideration and after hearing arguments from both parties, the Court is of the opinion that Defendant's motion be:

_____ Granted              _____ Denied

So ordered, this the _____ day of April 2020 at McAllen, Texas.

_____
United States District Judge